```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/10
```

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ROGER MARX DESENBERG,

                          Plaintiff,                    08 **CIVIL** 10121(GBD)(AJP)

       -against-                          **JUDGMENT**

GOOGLE, INC.,

                          Defendant.
------------------------------------------------------------X

      Whereas the Honorable Andrew J. Peck, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that defendants' motion to dismiss be granted, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on January 11, 2010, having rendered its Order adopting the report in its entirety, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 11, 2010, the report is adopted in its entirety; accordingly, defendant's motion to dismiss is granted.

**Dated:**  New York, New York
            January 14, 2010

                                           **J. MICHAEL McMAHON**
                                                 **Clerk of Court**
                                BY:
                                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____